IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JAMES T. BROWN, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 4:18-CV-197 |
| | ) |
| JEFFERSON NATIONAL LIFE INSURANCE COMPANY and PROTECTIVE LIFE INSURANCE COMPANY, | ) ) ) ) |
| | ) |
| Defendants. | ) ) |

## ORDER ALLOWING MOTION TO ENFORCE SETTLEMENT AGREEMENT

On May 9, 2019, counsel for Defendants filed a Motion to Enforce Settlement Agreement. Counsel for Plaintiff had stated prior to filing of the motion that he had no objection to the motion and has not filed a response to the motion. Pursuant to Local Rule 7.1 (b)(3), counsel for Defendants hereby submits a proposed order for the motion.

IT IS HEREBY ORDERED that this Court grants Defendants' Motion to Enforce Settlement and orders Plaintiff to consummate the Confidential Settlement Agreement and Release of All Claims attached to Defendants' motion and to provide supporting settlement documentation including W-9 forms to be executed by Plaintiff and Counsel for Plaintiff. In the event that Plaintiff fails to comply within 30 days of the Court's order, this Court will enter an order requiring that the act be done, at Plaintiff's expense, by another person appointed by the Court such that when done, the act has the same effect as if it was done by the Plaintiff.

This the 20th day of June, 2019.

_____
The Honorable Louise W. Flanagan

JPM/lnw #63
121928-00001